**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Michele Albano, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:22-cv-05884 |
| v. ) | |
| ) | Judge Joan B. Gottschall |
| Mazak Optonics Corporation, ) | |
| ) | Magistrate Judge Holleb Hotaling |
| Defendant. ) | |

**DEFENDANT'S MOTION TO WITHDRAW**
**THE APPEARANCE OF JEFFREY D. ILES**

Defendant Mazak Optonics Corporation, by and through its attorney, Sarah J. Gasperini of Jackson Lewis P.C., submits this Motion to Withdraw the Appearance of Jeffrey D. Iles. In support of this motion, Defendant states as follows:

1. Jeffrey D. Iles is one of the attorneys serving as counsel for the Defendant in this case.

2. Mr. Iles' last day of employment with Jackson Lewis P.C. will be April 26, 2024. As such, he will no longer be representing Defendant.

3. Attorney Sarah J. Gasperini has an appearance on file, has been actively involved in this litigation, and will continue representing Defendant in this matter.

WHEREFORE, Defendant requests that this Court grant its Motion to withdraw the appearance of Jeffrey D. Iles.

| | |
|---|---|
| Dated: April 26, 2024 | Respectfully submitted, |

**MAZAK OPTONICS CORPORATION**

By: /s/ *Sarah J. Gasperini*
Attorney for Defendant

Sarah J. Gasperini
JACKSON LEWIS P.C.
150 N. Michigan Ave., Ste. 2500
Chicago, IL 60601
Telephone: (312) 803-2507
Facsimile: (312) 787-4995
Sarah.Gasperini@jacksonlewis.com